**Kevin HIGHSMITH, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 18, 2004.

### ORDER

PER CURIAM:

AND NOW, this 18th day of March, 2004, probable jurisdiction is noted and the order appealed is affirmed. The "Request Upon Party for Production of Documents and Things" is dismissed as moot.